Dismissed and
Memorandum Opinion filed April 19, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00516-CV

____________

 

DENVER RAY LENNOX, Appellant

 

V.

 

JACK LENNOX, SR., Appellee

 



 

On Appeal from County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 961075

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed May 24, 2010.  The
clerk’s record was filed September 9, 2010.  No brief was filed.

            On February 24, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before March 24, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.